

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,809-01

### IN RE ALFREDO RAMOS, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 913663 IN THE 337TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends that in October 2012, he filed an application for a writ of habeas corpus in Harris County and his application has not been properly forwarded to this Court.

Respondent, the District Clerk of Harris County, shall forward Relator's habeas application to this Court or respond that Relator has not filed a habeas application in Harris County. This motion for leave to file will be held. Respondent shall comply with this order within thirty days from the date of this order.

Filed: January 13, 2021
Do not publish